826

■ In the Matter of ROMAN J. LAURENCE, Petitioner, against BOARD OF POLICE COMMISSIONERS OF THE CITY OF CORNING et al., Respondents.— Determination annulled, with $50 costs and disbursements, and matter remitted to the Board of Police Commissioners of the City of Corning for a new hearing. Memorandum: A review of the evidence and especially the testimony of Commissioners Lane and Welch clearly indicates that the hearing accorded the petitioner was a hearing in form only to carry into effect the predetermination of his guilt. Such a hearing did not accord to the petitioner the fair and impartial trial to which he is entitled. (See *People ex rel Tappin* v. *Cropsey* 178 App. Div. 180, affd. 224 N. Y. 564; *People ex rel. Packwood* v. *Riley,* 232 N. Y. 283, 286.) All concur. (Review of a determination of Corning police commissioners removing petitioner from the office of chief of police of said city, which proceeding was transferred to the Appellate Division for determination by order of Steuben Trial and Special Term.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ F. RICHARD BORNHURST, Respondent, v. EDMUND A. STEARNS et al., Doing Business as ED STEARNS & SON AUTO SALES, Appellants, et al., Defendant. — Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term granting plaintiff's motion to amend his notice of appeal *nunc pro tunc* by including therein an appeal from a judgment entered on order dismissing the complaint.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ HOLLIS G. B. JONES, Appellant, v. EARL S. CRAWFORD et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ. [See 3 A D 2d 479.]

■ OTTO R. STROBEL, Respondent, v. VILLAGE OF COHOCTON et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams, and Goldman, JJ. [See 3 A D 2d 893.]

■ FRANCES MIECHOWSKI, Appellant, v. LIBERTY BANK OF BUFFALO et al., Respondents.— Motion for reargument denied. Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ. [See 3 A D 2d 986.]

■ In the Matter of BELL AIRCRAFT CORPORATION, Appellant, against BOARD OF ASSESSORS OF THE CITY OF BUFFALO, Respondent — Appeal dismissed, without costs, upon stipulation.

■ PHILIP DUKE et al., Appellants v. PAUL PREVOST et al., Respondents and Third-Party Plaintiffs. EDWARD O. YACKEL, SR., et al., Third-Party Defendants-Respondents.— Appeal dismissed, without costs, upon stipulation.

■ SAM BENTIVEGNA, Plaintiff v. PHILIP FUSTANIO, Defendant — Appeal dismissed, without costs, upon stipulation.

■ JIMMY MCCLAIN, an Infant, et al., Plaintiffs, v. ROCHESTER DAVIS, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ WILLIAM J. SCHWAB, Respondent, v. BARBARA A. SCHWAB, Appellant. Appeal dismissed, without costs, upon stipulation.

■ GERTRUDE H. KRAATZ., Respondent, v. CERTAIN-TEED PRODUCTS CORPORATION, Appellant. — Appeal dismissed, without costs, upon stipulation.

■ TIMOTHY WILLIAMS, Doing Business as ROSELAWN NURSERIES, Appellant, v. GOTTLIEB CONTRACTING, INC., et al., Respondents.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.

■ LIDIA PISTOLESE, Appellant, v. MICHAEL PISTOLESE, SR., Respondent.— Appeal dismissed, without costs, upon stipulation.

■ GEORGE DENNISON, Respondent, v. BLAINE WALLABER, Appellant.— Appeal dismissed, without costs, upon stipulation.